SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
JOSEPH P. SAKAI, Nevada Bar No. 13578
2580 Sorrel Street
Las Vegas, Nevada 89146
Telephone: 415.774.2998
Email: jsakai@sheppard.com

SAMANTHA D. HARDY, Cal. Bar No. 199125
(*Pro Hac Vice*)
CARINA L. NOVELL, Cal. Bar No. 329560
(*Pro Hac Vice*)
GRACE E. SANDER, Cal. Bar No. 348394
(*Pro Hac Vice*)
501 West Broadway, 18th Floor
San Diego, California 92101-3598
Telephone: 619.338.6500
Facsimile: 619.234.3815
Email: shardy@sheppard.com
cnovell@sheppard.com
gsander@sheppard.com

Attorneys for Defendant
ROLLING FRITO-LAY SALES, LP

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY SALISBURY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROLLING FRITO-LAY SALES, LP; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case Number: 3:26-cv-00676-CLB<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT ROLLING FRITO-LAY SALES, LP'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 6-1, Plaintiff Timothy Salisbury ("Plaintiff") and Defendant Rolling Frito-Lay Sales, LP ("Defendant") (collectively the "Parties") by and through its counsel of record, jointly request an Order that Defendant shall have an extension up to and including December 9, 2026, in which to file a response to Plaintiff's Complaint. This Joint Stipulation is submitted and based on the following.

WHEREAS, on September 8, 2026, Plaintiff filed his original Complaint (ECF No. 1);

WHEREAS, on September 9, 2026, Defendant executed the Waiver of Service of Summons (ECF No. 2);

WHEREAS, Defendant's deadline to respond to Plaintiff's Complaint is currently November 9, 2026;

WHEREAS, the Parties are meeting and conferring regarding a prior settlement and release and its potential effect on certain California claims asserted in this action;

WHEREAS, the Parties are also meeting and conferring regarding the potential impact of exemptions and preemption under federal motor carrier safety laws and Federal Motor Carrier Safety Administration determinations on the meal period, rest break, and overtime claims asserted herein;

WHEREAS, counsel for the Parties have met and conferred, and have agreed to continue Defendant's deadline to respond to the Complaint by 30 days, or until December 9, 2026;

WHEREAS, this is the first request by the parties to extend the time for Defendant to respond to the Complaint;

WHEREAS, the Parties believe these circumstances constitute good cause for granting an extension.

NOW THEREFORE THE PARTIES JOINTLY REQUEST AN ORDER for Defendant to file an answer or otherwise respond to Plaintiff's Complaint by December 9, 2026.

Dated: November 2, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *\/s/ Joseph P. Sakai*

JOSEPH P. SAKAI
SAMANTHA D. HARDY (*Pro Hac Vice*)
CARINA L. NOVELL (*Pro Hac Vice*)
GRACE E. SANDER (*Pro Hac Vice*)

Attorneys for Defendant
ROLLING FRITO-LAY SALES, LP

Dated: November 2, 2026

THIERMAN BUCK

By *\/s/ Joshua D. Buck*

Joshua D. Buck
Leah L. Jones

Attorneys for Plaintiff
TIMOTHY SALISBURY

**ORDER**

THE COURT GRANTS the Parties Joint Stipulation to Extend Defendant Rolling Frito-Lay Sales, LP's Time to Respond to Plaintiff's Complaint to December 9, 2026.

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: November 2, 2026.